**Harvey P. SHORT, Plaintiff— Appellant,**

v.

**William J. CHARNOCK, Prosecutor; Sue C. Rubenstein, Bar Admission Administrator; Robert Schulenburg, Assistant Prosecutor, Defendants—Appellees.**

No. 06–8025.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 5, 2007.

Harvey P. Short, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Short's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*Short v. Charnock,* No. 2:06–cv–00721 (S.D.W.Va. Nov. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*